reasons for this order affirming the judgment pursuant to Rule 84.16(b).

---

**Paul V. ZAGARRI, Petitioner/Appellant,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Respondent/Respondent.**

No. 66438.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Rehearing Denied June 26, 1995.

Kenneth J. Rothman, Robert S. Adler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Petitioner appeals the circuit court's order sustaining the Director of Revenue's suspension of his driving privileges. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the

---

**Wilbert K. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 67277.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Wilbert K. Smith, appeals from a denial by the Circuit Court of St. Louis County of his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the order of the circuit court is not clearly erroneous. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the

circuit court's order pursuant to Rule 84.16(b).